| | AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Jon-Paul Demarse | Telephone: (313) 218-0337 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | | Case: 2:24-mj-30219 |
| Leopoldo GARCIA-GARCIA | Case No. | Assigned To : Unassigned |
| | | Assign. Date : 6/5/2024 |
| | | Description: RE: LEOPOLDO GARCIA-GARCIA (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 29, 2024 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a),(b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about May 29, 2024, in the Eastern District of Michigan, Southern Division, Leopoldo GARCIA-GARCIA, an alien from Guatemala, who had previously been convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about June 22, 2022, to Guatemala via ICE Air Charter and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), (b)(1).

☑ Continued on the attached sheet.

_____
Complainant's signature

Jon-Paul Demarse, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: June 5, 2024

_____
Judge's signature

City and state: Detroit, MI

Hon. R. Steven Whalen, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Jon-Paul Demarse, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since October 2008. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Leopoldo GARCIA-GARCIA, which reveal the following:

2. Leopoldo GARCIA-GARCIA is a twenty-seven-year-old citizen and a native of Guatemala who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On June 3, 2021, the Middlesex County Superior Court (NJ) convicted GARCIA-GARCIA of Widespread Injury or Damage and Criminal Mischief-Tampering. GARCIA-GARCIA was sentenced to 3 years' confinement.

4. On December 12, 2021, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) in Mount Laurel, NJ arrested GARCIA-GARCIA. On April 28, 2022, GARCIA-GARCIA was ordered removed by an Immigration Judge in Philadelphia, PA. On June 22, 2022 ICE ERO removed GARCIA-GARCIA to Guatemala via the ICE Air Charter.

5. On May 29, 2024, GARCIA-GARCIA was arrested by the Novi Police Department for No Operators License Acquired. ICE was alerted when it was determined that GARCIA-GARCIA's biometrics were an exact match for a previously removed criminal non-citizen.

6. On or about May 31, 2024, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that Leopoldo GARCIA-GARCIA, AXXX XXX 253, a native and citizen of Guatemala, who was previously removed from the United States, and who did not obtain the express consent of the Attorney General or the Secretary of the

Department of Homeland Security to reapply for admission to the United States following his removal on June 22, 2022.

7. Based on the above information, I believe there is probable cause to conclude that Leopoldo GARCIA-GARCIA, is a non-citizen, who had previously been convicted of a felony offense and who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security, all in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Jon-Paul Demarse, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. R. Steven Whalen
United States Magistrate Judge

June 5, 2024